■ BLAGOJE (BILLY) DIMOVICH, by His Guardian, ANASTAS DIMOVICH, et al., Appellants, v STEFAN N. TALEV et al., Respondents. (Appeal No. 2.) [670 NYS2d 650] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the same Memorandum as in *Dimovich v Talev* (248 AD2d 951 [decided herewith]). (Appeal from Order of Supreme Court, Onondaga County, Tormey, III, J.— Settle Record.) Present—Green, J. P., Hayes, Callahan, Balio and Fallon, JJ.